UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RALPH BANKHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01835-JRO-CSW |
| | ) | |
| HARDEV SARAI, | ) | |
| AUTOBAHN FREIGHT LINES LTD., | ) | |
| OLEH ROZHAK, | ) | |
| EXPRESS CARRIER LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE

Now before the Court is Plaintiff's *Unopposed Motion for Leave to File First Amended Complaint* (Dkt. 38). Having reviewed said *Motion* and finding good cause, the Court hereby **GRANTS** said *Motion*. Plaintiff is **GRANTED** leave to file his *First Amended Complaint* (Dkt. 38-1) as a separate docket entry within seven (7) days of this Order.

**SO ORDERED.**

**Date:** April 16, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Distributed electronically via ECF to counsel of record.